**STATE of Missouri, Respondent,**

**v.**

**Michael Shane STEWART, Appellant.**

**WD 79807**

Missouri Court of Appeals, Western District.

ORDER FILED: September 26, 2017

Joseph A. Gagnon, Lathrop, MO, for respondent.

Brian J. Klopfenstein, Kearney, MO, for appellant.

Before Division Three: Alok Ahuja, Presiding Judge, Thomas H. Newton, Judge and Cynthia L. Martin, Judge

### ORDER

Per curiam:

Michael Stewart appeals from the trial court's entry of judgment convicting him of driving while intoxicated and assault of a law enforcement officer in the third degree. Stewart argues on appeal that the trial court erred in denying his motion for judgment of acquittal because the evidence presented at trial was insufficient to support the convictions in that no reasonable trier of fact could conclude that: (1) he was intoxicated; and (2) he assaulted a law enforcement officer by taking a fighting stance. We affirm. Rule 30.25(b).